IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MARQUITA MATHEWS,           )<br>                              )<br>     Plaintiff,             )<br>                              )<br>     v.                       )<br>                              )<br>WELLS FARGO BANK N.A.,       )<br>                              )<br>     Defendant.              ) | CIVIL ACTION NO.<br>3:16cv474-MHT<br>(WO) |

OPINION

Plaintiff filed this lawsuit contending that she suffered employment discrimination and retaliation on the basis of race and sex.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for summary judgment be denied and that defendant's motion for summary judgment be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation

adopted, with one minor exception. The court declines to find that plaintiff abandoned her defamation claim by not raising it in her motion for summary judgment; nevertheless, the court agrees that plaintiff abandoned the claim by failing to respond to defendant's arguments about it and to produce evidence to support it in response to defendant's motion for summary judgment.

An appropriate judgment will be entered.

DONE, this the 26th day of February, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**